W. B. GRAHAM, *Plaintiff in Error,* v. R. W. RANDALL AND S. W. LAWLER, JR., *Defendants in Error.*

Decision Filed March 18, 1924.

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed 'or affirmed, and there is no prospect of a change of judicial opinion the judgment should be affirmed, so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Lee County; George W. Whitehurst, Judge.

Judgment affirmed.

*Treadwell & Treadwell,* for Plaintiff in Error;

*R. W. Randall* and *S. W. Lawler, Jr.,* for Defendants in Error.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Ellis and Mr. Justice Browne are of opinion that the judgment rendered by the trial court to which the writ of error is addressed should be reversed, while Mr. Justice Whitfield, Mr. Justice West and Mr. Justice Terrell are

of opinion that said judgment should be affirmed; and, there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380; State *ex rel.* Amos v. Hamwey, Muller & Auerback v. Cowart, and Meier v. State, the three last cited cases having been decided at this term.

An order will be entered affirming the judgment herein.

All concur.